1  Joseph S. Davidson (Ill. Bar. No. 6301581)
   **SULAIMAN LAW GROUP, LTD.**
2  2500 South Highland Avenue
   Suite 200
3  Lombard, Illinois 60148
   + 1 630-575-8181
4  jdavidson@sulaimanlaw.com

5
   *Attorney for the Plaintiff*
6

7 | **UNITED STATES DISTRICT COURT**
  | **DISTRICT OF ARIZONA**

8

9 | | Case No. 4:19-cv-00466-JGZ

10 | KENNETH McMILLAN AND FRANCES McMILLAN, | **JOINT CERTIFICATION TO DEFER MANDATORY INITIAL DISCOVERY RESPONSES**

11

12 | Plaintiffs,

13 | v.

14 | MARRIOTT VACATION CLUB INTERNATIONAL; EQUIFAX INFORMATION SERVICES LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.,

15

16

17 | Defendants.

1

Plaintiffs, KENNETH McMILLAN AND FRANCES McMILLAN, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., through counsel, pursuant to Section 6A of General Order 17-08, defer initial discovery responses for 30 days and jointly certify to the Court that they are seeking to settle the case. Pursuant to the order, the parties have a good faith belief that it will be resolved within 30 days of the due date for their responses, and the Court approves the deferral.

DATED: December 16, 2019                    Respectfully submitted,

| **KENNETH McMILLAN AND FRANCES McMILLAN** | **EXPERIAN INFORMATION SOLUTIONS, INC.** |
|---|---|
| By: */s/ Joseph S. Davidson* | By: */s/ Jonathan A. Dessaules* |
| Joseph S. Davidson<br>SULAIMAN LAW GROUP, LTD.<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>+1 630-581-5450<br>jdavidson@sulaimanlaw.com | Jonathan A. Dessaules<br>DESSAULES LAW GROUP<br>5353 North 16th Street<br>Suite 110<br>Phoenix, Arizona 85016<br>+1 602-274-5400<br>jdessaules@dessauleslaw.com |