Joseph S. Davidson (Ill. Bar. No. 6301581)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
+ 1 630-575-8181
E-Mail: jdavidson@sulaimanlaw.com

*Attorney for the Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth McMillan and Frances McMillan, | Case No. 4:19-cv-00466-JGZ |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| Marriott Vacation Club International; Equifax Information Services LLC, and Experian Information Solutions, Inc., | |
| Defendants. | |

PLEASE TAKE NOTICE that Kenneth McMillan and Frances McMillan ("Plaintiffs") and Experian Information Solutions, Inc. ("Defendant"), hereby notify the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate on filing a dismissal with prejudice within 45 days.

DATED: January 7, 2020                         Respectfully submitted,

                                               **Kenneth McMillan and Frances McMillan**

                                               By: */s/ Joseph S. Davidson*

                                               Joseph S. Davidson
                                               SULAIMAN LAW GROUP, LTD.
                                               2500 South Highland Avenue
                                               Suite 200

1

Lombard, Illinois 60148  
+1 630-575-8181  
jdavidson@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 7, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Joseph S. Davidson*