# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth McMillan, et al., | No. CV-19-00466-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Marriott Vacation Club International, et al., | |
| Defendants. | |

In light of Plaintiffs' Notice of Settlement as to Defendant Marriott Vacation Club International (Doc. 52),

IT IS ORDERED that the parties must file a stipulation and form of order for dismissal on or before **July 6, 2020**.

Dated this 20th day of May, 2020.

_____
Honorable Jennifer G. Zipps
United States District Judge